Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.: 19−24362−ABA
                      Chapter: 7
                      Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Edwin Ramos
   230 Chestnut Ave
   Woodlyne, NJ 08107

Social Security No.:
   xxx−xx−5718

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/10/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 10, 2019
JAN: bc

                                                                     Jeanne Naughton
                                                                     Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                         Case No. 19-24362-ABA
Edwin Ramos                                                                    Chapter 7
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 1                 Date Rcvd: Dec 10, 2019
                              Form ID: 148                Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2019.
db             +Edwin Ramos,    230 Chestnut Ave,    Woodlyne, NJ 08107-2104
518407780      +Quicken Loans Inc.,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJDMARCHAND.COM Dec 11 2019 04:04:00      Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,   Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 10 2019 23:42:49      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 10 2019 23:42:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518368903      +EDI: AMINFOFP.COM Dec 11 2019 04:03:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
518368905       EDI: WFFC.COM Dec 11 2019 04:03:00      Wells Fargo Bank,   Credit Bureau Dispute Resoluti,
                 Des Moines, IA 50306
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518368904*     +First Premier Bank,    3820 N Louise Ave,   Sioux Falls, SD 57107-0145
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2019 at the address(es) listed below:
              Georgette Miller    on behalf of Debtor Edwin Ramos info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@no
               tify.bestcase.com;GNonnenberg@georgettemillerlaw.com
              Joseph Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```