UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on December 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Trustee and Attorney for Chapter 7 Trustee
JM5998

Case No. 19-24362/ABA

In Re:

Hearing date: December 10, 2019

Edwin Ramos,

Debtor(s)

Judge: Andrew B. Altenburg, Jr.

## ORDER REGARDING TRUSTEE'S MOTION TO DISMISS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: December 10, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

      Upon consideration of the application by Joseph D. Marchand, Esquire, acting Chapter 7 Trustee appointed to administer the bankruptcy estate of Edwin Ramos for an Order to Dismiss the debtor's Bankruptcy Petition for failure to cooperate with the Trustee, and All Parties in Interest having been noticed with the Motion now presented before the Court, and the Court having reviewed the moving papers, and good cause appearing therefore, it is hereby

  XX  **ORDERED THAT** the Bankruptcy Petition filed under Case No. 19-24362/ABA on behalf of Edwin Ramos is hereby dismissed for debtor's failure to cooperate with the Chapter 7 Trustee.

**OR**

  ____  **ORDERED THAT** the Trustee's Motion to Dismiss is Resolved & petitioner is to pay counsel fees to Joseph D. Marchand, Esquire in the sum of $300.00 by Certified Check or Money Order within two weeks from the execution of this Order.

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                              Case No. 19-24362-ABA
Edwin Ramos                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Dec 10, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 12, 2019.
db             +Edwin Ramos,    230 Chestnut Ave,    Woodlyne, NJ 08107-2104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2019 at the address(es) listed below:
              Georgette   Miller    on behalf of Debtor Edwin   Ramos info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;gmecfmail@gmail.com;dmayberry@georgettemillerlaw.com;smithcr50524@no
               tify.bestcase.com;GNonnenberg@georgettemillerlaw.com
              Joseph   Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4